UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HERRON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | Case No. SACV 14-682 FFM<br><br>JUDGMENT |

　　　　In accordance with the Memorandum Decision and Order filed concurrently herewith,

　　　　IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: December 11, 2015

　　　　　　　　　　　　　　　　　　　　  /S/ FREDERICK F. MUMM  
　　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM  
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge